UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLESTON IMMERSIVE/INTERACTIVE STUDIO
LLC,

                              Petitioner,

                -v-

ANDREW AYDIN,

                              Respondent.

24 Civ. 4943 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 1, 2024, petitioner Charleston Immersive/Interactive Studio LLC ("Ci2") filed a petition to vacate an April 11, 2024 arbitral award, issued in favor of respondent Andrew Aydin. Dkt. 1. On July 12, 2024, Aydin appeared in this action. Dkt. 10. The Court directs the parties to confer and, by July 24, 2024, to propose a briefing schedule for Ci2's petition (and cross-petition, if any, from Aydin).

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 17, 2024
       New York, New York

1