

485 Madison Avenue, 7th Floor
New York, New York 10022
Tel: (212) 588-0540
Fax: (212) 202-4840

David M. Olasov
Partner
646.583.5968 Direct Dial
dolasov@olasov.com

August 8, 2024

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

   Re: *Charleston Immersive/Interactive Media Studio, LLC
     v. Andrew Aydin*, Case No. 1:24-cv-04943 (PAE/RWL)

Dear Judge Engelmayer:

  As you know, Kevin Holmes and our firm represent petitioner Charleston Immersive/Interactive Media Studio, LLC in the referenced proceeding to vacate an award rendered on April 11, 2024 by Mark Morrill, as sole arbitrator, in a AAA proceeding captioned *Charleston Immersive/Interactive Media Studio, LLC v. Andrew Aydin and John Lewis.*

  Last night $Ci^2$ served on respondent its papers in opposition to respondent's motion for a protective order and disqualification of counsel and in support of petitioner's cross-motion to compel respondent to file for the Court's *in camera* inspection the document on which it is relying on its motion and, if respondent fails or refuses to do so, granting petitioner leave to obtain the document from the AAA or from counsel to the Estate of John Lewis, which is holding the original document for safekeeping. We did not file with the Court's ECF system either Petitioner's Brief or the affirmation of David M. Olasov in order to provide respondent the opportunity to request redaction and filing under seal. A short while ago, respondent's counsel emailed me to request that part of one sentence in petitioner's brief be redacted.

    Petitioner does not wish to argue the matter, and accordingly respectfully submits for the Court's review Petitioner's Brief in both redacted and unredacted forms.

                 Respectfully yours,

                 /s/ David M. Olasov

                 David M. Olasov

cc. All Counsel (via ECF) with attachments

Petitioner's motion to seal is not properly filed. Rule 4.B.2 of the Court's Individual Rules and Practices requires that the motion to seal explain the particular reasons for seeking to file information under seal and not include confidential information sought to be filed under seal.

The Court denies the current motion to seal without prejudice to petitioner's right to file a new motion to seal consistent with Rule 4.B.2.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 12, 2024
   New York, New York