UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLESTON IMMERSIVE/INTERACTIVE STUDIO LLC,

                              Petitioner,

-v-

ANDREW AYDIN,

                              Respondent.

24 Civ. 4943 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As proposed by the parties, *see* Dkts. 30–32, the Court sets the following briefing schedule for petitioner's motion to vacate the arbitral award, to the extent based on grounds other than the Weinrib Memorandum, Dkt. 46 at 16, and respondent's anticipated cross-motion to confirm the award:

- Petitioner shall file its motion to vacate the Award by February 17, 2025.
- Respondent shall file his opposition to the motion to vacate and cross-petition to confirm the award 21 days after petitioner files its motion to vacate.
- Petitioner shall file a reply to the motion to vacate and opposition to the motion to confirm 15 days after respondent files its cross-petition to confirm.
- Respondent shall file any reply 15 days after petitioner files its opposition.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 16, 2025
       New York, New York