**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHARLESTON IMMERSIVE/INTERACTIVE
MEDIA STUDIO, LLC,

                      Petitioner,

       -against-                                      24 **CIVIL** 4943 (PAE)

**<u>JUDGMENT</u>**

ANDREW AYDIN,

                      Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 24, 2025, the Court confirms the Award. Accordingly, the case is closed.

**Dated:** New York, New York

      February 25, 2025

                                                        **TAMMI M. HELLWIG**
                                                          Clerk of Court

                                        **BY:**
                                                           **Deputy Clerk**